UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES BECOAT,

    Plaintiff

v.

NEVADA DEPARTMENT OF CORRECTIONS et al.,

    Defendants

Case No. 3:18-cv-00210-RCJ-CBC

ORDER



## I. DISCUSSION

Plaintiff seeks an extension of time to file his first amended complaint. (ECF No. 7). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before Tuesday, April 30, 2019. Pursuant to the screening order, if Plaintiff fails to file a timely first amended complaint, the Court will dismiss this action, with prejudice, for failure to state a claim. (*See* ECF No. 5 at 6).

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 7) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before Tuesday, April 30, 2019.

It is further ordered that, if Plaintiff fails to timely file his first amended complaint, the Court will dismiss this action, with prejudice, for failure to state a claim.

DATED: 3/25/2019

_____
UNITED STATES MAGISTRATE JUDGE